FILED
CLERK, U.S. DISTRICT COURT
APR 30 2014
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GONZALEZ DOMINGUEZ, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL STAINER, Warden, <br><br> Respondent. | No. CV 12-8280 AG (FFM) <br><br> ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Final Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed, with small corrections of two typographical errors: placing a space after "of" on page 16, line 10, and changing "Petitioner" to "Hernandez" at page 42, line 15.

IT IS ORDERED that judgment be entered conditionally granting the Petition.

DATED: APRIL 30, 2014

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE