UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON GONZALEZ DOMINGUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>MICHAEL STAINER, Warden,<br><br>        Respondent. | No. CV 12-8280 AG (FFM)<br><br>JUDGMENT |

    This matter came before the Court on the Petition of RAMON GONZALEZ DOMINGUEZ for a writ of habeas corpus. Having reviewed the Petition and supporting and opposing papers, and having accepted the Final Report and Recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is conditionally granted as to its sole claim for relief. A writ of habeas corpus shall issue, if, within one hundred and twenty (120) days from the date this Judgment becomes final, or 120 days after appellate proceedings have concluded (whichever is later), the State court does not grant Petitioner a new trial.

DATED: April 30, 2014

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE